UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ALBERTO BAEZ-ACEVEDO

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

CR ( )( )

20 MJ 8019

Defendant, ALBERTO BAEZ-ACEVEDO, hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or ___ teleconferencing:

__X__   Initial Appearance Before a Judicial Officer

__X__   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_/s/ Alberto Baez Acevedo_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**ALBERTO BAEZ-ACEVEDO**
Print Defendant's Name

_/s/_
Defendant's Counsel's Signature

**MILTON H. FLOREZ, ESQ**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

07-30-2020
Date

_/s/ Sarah L. Cave_
Sarah L. Cave
U.S. Magistrate Judge